PROB 22
(Rev. 2/98)

# TRANSFER OF JURISDICTION

| DOCKET NUMBER (Tran. Court) |
|---|
| 2:01CR20213-01 |

| DOCKET NUMBER (Rec. Court) |
|---|
| |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Tonya D. Ferguson<br>54 Harvard Road<br>Marion, Arkansas 72364 | WESTERN DISTRICT OF TENNESSEE | WESTERN |

| | NAME OF SENTENCING JUDGE |
|---|---|
| | Honorable Julia Smith Gibbons |

| DATES OF PROBATION/SUPERVISED RELEASE: | FROM 12/5/2002 | TO 12/4/2005 |
|---|---|---|

**OFFENSE**

FRAUDULENT CLAIMS    18 USC §§ 287 & 2

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE    WESTERN    DISTRICT OF    TENNESSEE (Memphis)

IT IS HEREBY ORDERED that pursuant to 18 USC §3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the  Eastern District of Arkansas (Jonesboro)  upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

3-14-2005
Date

United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE    EASTERN    DISTRICT OF    ARKANSAS (JONESBORO)

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

3-28-05
Date

United States District Judge

This document entered on the docket sheet In compliance with Rule 55 and/or 32(b) FRCrP on 4-4-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 25 in case 2:01-CR-20213 was distributed by fax, mail, or direct printing on April 4, 2005 to the parties listed.

---

Vivian R. Donelson
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT